

# AGREEMENT TO ARBITRATE

In consideration of **ODLE MANAGEMENT GROUP, LLC (ODLE)** agreeing to consider my application for employment, I agree that, should any dispute arise regarding ODLE's decision not to offer me a position, which dispute falls within the jurisdiction of the Equal Employment Opportunity Commission (and/or any counterpart state agency), it will be resolved exclusively through the process of arbitration, pursuant to the rules of the American Arbitration Association in Phoenix, Arizona.

I further agree that, should an offer of employment be extended to me, any dispute arising between ODLE and me: (i) in connection with my leaving employment, either voluntarily or involuntarily; and/or (ii) in connection with my employment (whether or not it involves my leaving employment), which dispute falls within the jurisdiction of the Equal Employment Opportunity Commission (and/or any counterpart state agency) will likewise be resolved exclusively through the process of arbitration, pursuant to the rules of the American Arbitration Association in Phoenix, Arizona.

I understand this arbitration agreement covers any and all claims that I might bring under the Age Discrimination in Employment Act, Title VII of the Civil Rights Act of 1964 as amended, including amendments to the Civil Rights Act of 1993, the Americans With Disabilities Act, and any claims related to the foregoing asserted under the law of contract and/or tort.

I agree that the arbitration decision shall be final and binding.

If any court of competent jurisdiction declares that any part of this arbitration agreement is illegal, invalid or unenforceable, such a declaration will not affect the legality, validity or enforceability of the remaining parts of the agreement, and the illegal, invalid and unenforceable part will be considered severed from this agreement.

All administrative expenses of arbitration will be borne equally by the parties. If a party prevails on a claim which provides described above, I AM WAIVING THE RIGHT TO ASSERT ANY SUCH CLAIMS IN THE STATE OR FEDERAL COURTS AND WAIVING MY RIGHT TO A TRIAL BY JURY. I make this waiver voluntarily, with full knowledge of its effects, and after having had full opportunity to discuss it with persons of my choosing.

_____          _____
Signature                                                    Date   4/3/7

**ODLE EMP APP 001 12182015 ear**

<span style="color:red">Exhibit A</span>